# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Fernando Gastelum,

    Plaintiff,

v.

Gurkirpa Hotel Group LLC,

    Defendant.

**NO. CV-18-00943-PHX-DJH**

**JUDGMENT IN A CIVIL CASE**

    Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant Gurkirpa Hotel Group, LLC for Plaintiff's costs then accrued, and for further relief as stated within the Offer of Judgment. This action is hereby terminated.

                              Brian D. Karth
                              District Court Executive/Clerk of Court

May 9, 2018

                              s/ A. Duran
                      By  Deputy Clerk